UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| Respondent | ) | CIVIL ACTION |
| v. | ) | No. 05-cv-10792 JLT |
| | ) | |
| | ) | |
| **NORMAN L. SMITH** | ) | |
| Petitioner | ) | |

### UNITED STATES' MOTION TO DISMISS PETITIONER'S MOTION PURSUANT TO 28 U.S.C. §2225

Pursuant to the Court's April 25, 2005, Order, the United States respectfully requests the Court to dismiss the petitioner's motion in case number 05-cv-10792 and states the following in support of its position:

1) This motion was filed and docketed on April 22, 2005. The claims asserted are identical to the claims advanced by petitioner in a §2255 motion he filed on October 10, 2004, (04-cv-12246-JLT.)[1]

2) The petition in 04-cv-12246-JLT was referred to Magistrate Judge Alexander for appointment of counsel for Mr. Smith. Counsel was appointed, but shortly thereafter was allowed to withdraw. The Court has not directed the government to respond to the 2004 petition.[2]

---

[1] However, the 2005 filing contains only the same first 19 pages as the 2004 filing and ends abruptly in mid-sentence on the last page.

[2] If the Court's April 25, 2005, Order should have been understood as directing the government to respond to this petition

3) The 2005 filing is a second, or successive motion, prohibited under Rule 9 of the Rules Governing Section 2255 proceedings for the United States District Courts absent authorization by the court of appeals for the district court to consider such motion.

WHEREFORE, for the foregoing reasons, the United States respectfully requests the Court to dismiss the motion in Case No. 05-cv-10792-JLT.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *Sandra S. Bower*
SANDRA S. BOWER
Assistant U.S. Attorney
U. S. Attorney's Office
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3184

---

as well, the government respectfully requests an enlargement of time to June 28, 2005, within which to respond. The additional time is necessary in order to obtain the necessary plea and sentencing transcripts and to properly address the 10 claims raised by Mr. Smith in his petition.

2

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

    Norman L. Smith
    24046038
    PO Box 7000
    Fort Dix, NJ 08640

This **29th** day of April, 2005.

*Sandra S. Bower*
SANDRA S. BOWER
ASSISTANT UNITED STATES ATTORNEY